Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

**No. 65981.**—Associated Dry Goods Corp. (Lord & Taylor Div.) et al. *v.* United States, protests 241748–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit outerwear similar in use to silk knit outerwear and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 24, 1961

**No. 65982.**—Florea & Co., Inc. *v.* United States, protest 303400–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.

**No. 65983.**—Florea & Co., Inc. *v.* United States, protest 311230–K (New York).